review, June 6, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Navy–Marine Corps Court of Criminal Appeals as to Charge III, Specifications 1 and 2, and as to the sentence is reversed. The decision of that court as to the remaining charge and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0448/MC. U.S. v. Jonathan E. Lonsford. CCA 201100022. On further consideration of the granted issue, 71 M.J. 332 (C.A.A.F. 2012) (order granting review, June 6, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Navy–Marine Corps Court of Criminal Appeals as to Charge II, Specifications 1 and 2, and as to the sentence is reversed. The decision of that court as to the remaining charge and specification is affirmed. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 12–0474/NA. U.S. v. Brandon W. Barrett. CCA 201000330. On further consideration of the granted issue, 71 M.J. 335 (C.A.A.F. 2012) (order granting review, June 14, 2012), and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that the portion of the decision of the United States Navy–Marine Corps Court of Criminal Appeals as to Specifications 1, 2, and 3 of Charge I, and Specification 1 of Additional Charge III, and as to the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for further consideration in light of *Humphries*.

*BAKER, Chief Judge (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), and *United States v. Fosler*, 70 M.J. 225, 240 (C.A.A.F. 2011) (Baker, J., dissenting), I respectfully dissent.

No. 10–0319/MC. U.S. v. Nathan M. Robinson. CCA 200800827. Review granted on the following issue:

> WHETHER THE ERRONEOUS ADMISSION OF THE SPECIMEN CUSTODY DOCUMENT OF THE DRUG TESTING REPORT WAS HARMLESS BEYOND A REASONABLE DOUBT.

No briefs will be filed under Rule 25.